UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PRENTISS I. GUYTON                                                                     PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:08CV294TSL-JCS

MADISON COUNTY, MISSISSIPPI, AND
KARL M. BANKS                                                         DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered by the court this date, it is hereby ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED and adjudged this 28th day of May, 2009.

                                                    /s/ Tom S. Lee
                                                    UNITED STATES DISTRICT JUDGE